B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Arizona

In re: **Michael Stephen Gallo**, **Chrystina Helene Gallo**
Debtor(s)

Case No. **2:10-bk-25406-CGC**
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Guaranty Bank | **Describe Property Securing Debt:**<br>Single family home located at 13209 North 21st Avenue, Phoenix, AZ 85029 |
| Property will be (check one):<br>☐ Surrendered    ■ Retained | |
| If retaining the property, I intend to (check at least one):<br>☐ Redeem the property<br>☐ Reaffirm the debt<br>■ Other. Explain **Keep payments current** (for example, avoid lien using 11 U.S.C. § 522(f)). | |
| Property is (check one):<br>■ Claimed as Exempt           ☐ Not claimed as exempt | |

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>Wells Fargo Bank | **Describe Property Securing Debt:**<br>Single family home located at 13209 North 21st Avenue, Phoenix, AZ 85029 |

Property will be (check one):
  ☐ Surrendered      ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ■ Other.  Explain **Keep payments current** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt      ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date  9/8/10          Signature  *Michael Gallo*
                                 Michael Stephen Gallo
                                 Debtor

Date  9/3/10          Signature  *Chrystina Gallo*
                                 Chrystina Helene Gallo
                                 Joint Debtor