UST-6   5/01

DIANE M. MANN
29834 N. CAVE CREEK RD., # 118-274
CAVE CREEK, AZ  85331
(480) 451-3053

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| GALLO, MICHAEL STEPHEN | ) No. 10-25406-PHX-CGC |
| GALLO, CHRYSTINA HELENE | ) |
| | ) NOTICE OF TRUSTEE'S SALE |
| | ) |
| _____Debtor(s)_____ | ) |

NOTICE IS GIVEN that property belonging to the estate of the above-named debtor(s) will be sold to the person making the highest and best offer on October 29 at 8:30 o'clock, a.m. at US BANKRUPTCY COURT, CLERK, 230 N. FIRST AVE., STE 102 PHOENIX, AZ 85003.

Property to be sold: Estate's interest in Men's antique Rolex watch; Ladies stainless and gold Omega Constellation watch; Men's Tag Heuer watch; diamond stud earrings; pearl necklace; gold charm bracelet; diamond ring with square diamonds; pink/white necklace with small diamonds; pink gold diamond ring; open circle diamond pendant and necklace; black and white small diamonds necklace; sapphire and diamond tennis bracelet; ladies opal ring; chocolate pearl necklace; chocolate pearl earrings; pink pearl earrings; ladies sapphire and diamond ring; pink gold broach with purple stones; "I love you" ring with diamonds; small diamond hoop earrings; ladies square diamond right hand ring; pearl and diamond ring; pearl and diamond earrings; chocolate diamond necklace; chocolate diamond earrings; black and white small diamond earrings; pink and white gold diamond earrings; ladies' leaf pattern gold right hand ring; and pink pearl necklace.

Terms of Sale: Sale is "as is, where is."  Trustee makes no warranties or representations. Sale tax to be collected unless a sale tax license number provided.

> To: Debtors
> Address: 13209 N 21st Ave., Phoenix, AZ
> Purchase price: $2,000.00 (includes debtor's $100 watch exemption)

or any person making a higher and better offer.

The sale will be free and clear of all liens. The property is not subject to liens or interests.

The jewelry will be available for viewing at 8:00 am the morning of the sale at the above location. Photos may be obtained prior to sale by calling Trustee at 480-451-3053 or emailing Trustee at dmm1126@aol.com

There is an appraisal of the property by the Diamond Vault.

Any person opposing the sale shall file a written objections on or before five days prior to the sale date with the Clerk of the U.S. Bankruptcy Court, US BANKRUPTCY COURT, CLERK, 230 N. FIRST AVE., STE 102 PHOENIX, AZ 85003 and mailed to the trustee, DIANE M. MANN, at the following address: 29834 N. CAVE CREEK RD., # 118-274, CAVE CREEK, AZ  85331.

If a person timely objects in writing and a hearing is requested but has not yet been conducted by the scheduled sale date, bids will still be taken and the sales procedure followed.  The closing of the sale will be dependent upon the outcome of the Court hearing on the objection.

| | |
|---|---|
| <u>October 1, 2010</u> | /s/ |
| DATE | DIANE M. MANN, Trustee |